IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01330-WYD-KMT

CROCS, INC.,

      Plaintiff,

v.

SKECHERS, INC.,

      Defendant,

## ORDER OF RECUSAL

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Plaintiff Crocs, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  May 20, 2011.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE